IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELVIN WHITE**                                                                                          **PLAINTIFF**

v.                              No: 4:23-cv-00544-KGB-PSH

**DALLAS COUNTY,** *et al.*                                                                **DEFENDANTS**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Melvin White filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on June 9, 2023 (Doc. No. 2). On June 13, 2023, the Court entered an order directing White to submit the full $402.00 filing and administrative fees or file a fully completed *in forma pauperis* ("IFP") application within 30 days (Doc. No. 3). White was cautioned that failure to comply with the Court's order within that time would

result in the recommended dismissal of his case. *Id.* White subsequently filed a complete IFP application reflecting his financial status in the Dallas County Detention Center (Doc. No. 4). The next day, he notified the Court that he had been released from jail and provided a new free-world address (Doc. No. 5). On August 4, 2023, the Court ordered White to submit the $402.00 filing and administrative fees, or to complete and sign an IFP application reflecting his free-world financial status within 30 days (Doc. No. 6). White was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case. *Id.*

More than 30 days have passed, and White has not complied or otherwise responded to the August 4 order. He has not submitted a current IFP application or paid the requiring filing and administrative fees. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that White's complaint (Doc. No. 2) be dismissed without prejudice.

DATED this 13th day of September, 2023.

                                                                                       _____

                                                                                   UNITED STATES MAGISTRATE JUDGE