## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MELVIN WHITE**                                                              **PLAINTIFF**

**v.**                           **Case No. 4:23-cv-00544-KGB**

**DALLAS COUNTY,** *et al.*                                       **DEFENDANTS**

### ORDER

Before the Court is the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Patricia S. Harris (Dkt. No. 8). Plaintiff Melvin White has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*). The Court dismisses without prejudice Mr. White's complaint for failure to respond to the Court's August 4, 2023, Order as required by Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas.

It is so ordered this 10th day of October, 2023.

                                                                           _____
                                                                           Kristine G. Baker
                                                                           United States District Judge